IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| NICK SPAGNOLO, | ) | CIVIL NO. 11-00353 DAE-RLP |
| | ) | |
| Plaintiff, | ) | FINDINGS AND RECOMMENDATION |
| | ) | THAT PLAINTIFF'S THIRD |
| vs. | ) | APPLICATION TO PROCEED WITHOUT |
| | ) | PREPAYMENT OF FEES BE DENIED |
| | ) | |
| UNITED STATES SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S THIRD APPLICATION
TO PROCEED WITHOUT PREPAYMENT OF FEES BE DENIED[1]

Before the Court is Plaintiff Nick Spagnolo's third Application to Proceed Without Prepayment of Fees ("Third Application"), filed on September 23, 2011. Plaintiff, proceeding *pro se*, initiated this action against the United States Social Security Administration as Defendant on June 2, 2011.[2] Plaintiff's two prior Applications and various pleadings were dismissed without prejudice. See Docket Nos. 14, 34. Plaintiff was given until November 25, 2011 to file an amended

---

[1] Within fourteen days after a party is served with a copy of the Findings and Recommendation, that party may, pursuant to 28 U.S.C. § 636(b)(1)(B), file written objections in the United States District Court. A party must file any objections within the fourteen-day period allowed if that party wants to have appellate review of the Findings and Recommendation. If no objections are filed, no appellate review will be allowed.

[2] The full background facts and procedural history of this case are set forth in detail in the Court's prior orders. See Docket Nos. 6, 12, 14, 25, 28, 34, 38, and 40.

complaint.  See Docket No. 40 at 9.  Plaintiff failed to file an amended complaint within the time permitted by the Court.  Because there is not an operative complaint in this action, Plaintiff's Third Application is moot.  Accordingly, the Court FINDS AND RECOMMENDS that the district court DENY Plaintiff's Third Application.

      IT IS SO FOUND AND RECOMMENDED.

      DATED AT HONOLULU, HAWAII, DECEMBER 21, 2011



                                     Richard L. Puglisi
                                       United States Magistrate Judge

**SPAGNOLO V. UNITED STATES SOCIAL SECURITY ADMINISTRATION, CIVIL NO. 11-00353 DAE-RLP; FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S THIRD APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES BE DENIED**