IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| NICK SPAGNOLO, | ) | CIVIL NO. 11-00353 DAE-RLP |
| | ) | |
| Plaintiff, | ) | FINDINGS AND RECOMMENDATION |
| | ) | THAT PLAINTIFF'S MOTION FOR |
| vs. | ) | WRIT OF MANDAMUS BE DENIED |
| | ) | |
| UNITED STATES SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S
MOTION FOR WRIT OF MANDAMUS BE DENIED[1]

Before the Court is Plaintiff Nick Spagnolo's Motion for Writ of Mandamus, filed on January 18, 2012. Docket No. 52. Plaintiff, proceeding *pro se*, initiated this action against the United States Social Security Administration on June 2, 2011. After providing Plaintiff multiple opportunities to amend his complaint, the court dismissed this action with prejudice, and final judgment was entered by the Clerk on January 11, 2012. See Docket Nos. 50, 51.[2]

---

[1] Within fourteen days after a party is served with a copy of the Findings and Recommendation, that party may, pursuant to 28 U.S.C. § 636(b)(1)(B), file written objections in the United States District Court. A party must file any objections within the fourteen-day period allowed if that party wants to have appellate review of the Findings and Recommendation. If no objections are filed, no appellate review will be allowed.

[2] The full background facts and procedural history of this case are set forth in detail in the court's prior orders. See Docket Nos. 6, 12, 14, 25, 28, 34, 38, 40, and 48.

In the present Motion, Plaintiff seeks an order from the court directing the Social Security Administration to pay Plaintiff $3,922.68 in alleged underpayments and to reverse allegedly erroneous reductions in Plaintiff's monthly benefits. Docket No. 52 at 6. This Motion appears to be identical to a previous motion for writ of mandamus that was filed by Plaintiff on August 16, 2011. See Docket No. 20. The prior motion was dismissed as moot by the court in its September 21, 2011 order. See Docket No. 34. To the extent Plaintiff is attempting to revive the claims already dismissed with prejudice by the court, Plaintiff's Motion is not an appropriate request for post-judgment relief under the Federal Rules of Civil Procedure. Plaintiff does not seek to alter or amend the court's prior judgment under Rule 59, nor does Plaintiff assert any basis that would provide relief from the judgment under Rule 60. Accordingly, the Court recommends that Plaintiff's Motion be denied.

IT IS SO FOUND AND RECOMMENDED.

DATED AT HONOLULU, HAWAII, JANUARY 24, 2012

Richard L. Puglisi
United States Magistrate Judge

**SPAGNOLO V. UNITED STATES SOCIAL SECURITY ADMINISTRATION, CIVIL NO. 11-00353 DAE-RLP; FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S MOTION FOR WRIT OF MANDAMUS BE DENIED**