IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| NICK SPAGNOLO, | ) | CIVIL 11-00353-DAE-RLP |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| UNITED STATES SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on January 24, 2012, and served concurrently upon those counsel of record who are registered participants of CM/ECF, and served on January 25, 2012 by First Class Mail to those parties of record who are not registered participants of CM/ECF, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S MOTION FOR WRIT OF

MANDAMUS BE DENIED," docket entry no. 53, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 13, 2012.



_____
David Alan Ezra
United States District Judge

Nick Spagnolo vs. United States Social Security Administration, Civil No. 11-00353 DAE-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION